IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JAMES L. WOODS                                                                          PETITIONER
Reg. #21569-113

v.                              Case No. 2:09CV00063 JLH-JJV

T. C. OUTLAW,
Warden, FCI-Forrest City                                                               RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Motion for an Order Granting him Leave to Engage in Limited Discovery and Motion for an Order Directing Exhibits be Sealed. Neither discovery nor the filing of any exhibits would alter the conclusion that the Petition should be denied without prejudice. After carefully considering Petitioner's motions and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Woods' Petition (Document #1) is DISMISSED without prejudice. The requested relief is denied and the pending motions are denied. Documents #17 and #18.

IT IS SO ORDERED this 3rd day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE